1  YOUNG CHO
   ATTORNEY AT LAW: 189870
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670-4756
   562/868-5886
4  FAX: 562/868-5491

   ATTORNEY FOR PLAINTIFF
5  RAYMOND COLEMAN

6

7
                 UNITED STATES DISTRICT COURT
8
                 CENTRAL DISTRICT OF CALIFORNIA
9

10
    RAYMOND COLEMAN,              ) Case No.: CV 07-6579 CT
11                                )
             Plaintiff,            ) ORDER RE STIPULATION TO
12      vs.                       ) DISMISS
                                  )
13  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
14                                )
             Defendant.           )
15                                )
                                  )
16

17       Based upon the parties' Stipulation to Dismiss,

18       IT IS HEREBY ORDERED that the court dismiss the above matter without

19  prejudice.

20       DATE: 1/25/08

21

22       CAROLYN TURCHIN
         THE HONORABLE CAROLYN TURCHIN
23       UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-